C. Craig Bridwell (CA Bar No. 246124)
cbridwell@schiffhardin.com
SCHIFF HARDIN LLP
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone:  (415) 901-8700
Facsimile:   (415) 901-8701

Attorneys for Defendant
Gabriel Paredes

THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| Securities and Exchange Commission, | Case No.  EDCV 08-1350 |
|---|---|
| Plaintiff, | **ANSWER OF GABRIEL PAREDES DEMAND FOR JURY TRIAL** |
| v. | |
| Kederio Ainsworth, Guillermo Haro, Jesus Gutierrez, Gabriel Paredes, and Angel Romo, | |
| Defendants. | |

Defendant Gabriel Paredes ("Mr. Paredes") answers Plaintiff's Complaint as follows:

### DEFENSES

### First Defense

Mr. Paredes responds to each and every enumerated paragraph of the Complaint as follows:

1.

Insofar as the following paragraphs in Plaintiff's Complaint relate to Mr.

Paredes, Mr. Paredes denies the allegations set forth in these paragraphs: 3, 4, 5, 6, 14 (second, third, and fourth sentences only), 16, 17, 18, 19, 21, 22, 23, 24 (first and second sentences only), 27, 28, 45, 46 (first, second, and fourth sentences only), 47 (second, third, and fourth sentences only), 48, 49, 51 (third sentence only), 52, 53, 54, 56, 57, 58, 60, 61, 144 (first, second, and third sentences only), 145, 146, 147, 148, 149, 151 (first, second, and third sentences only), 152, 153, 154, 155, 156, 157, 160, 161, 162, 163, 164, 165, 166 (first sentence only), 210, 211, 213, 214, 218, 220, 221.

2.

Insofar as the following paragraphs in Plaintiff's Complaint relate to Mr. Paredes, Mr. Paredes admits the allegations contained in these paragraphs: 1 (admit that Plaintiff contends that this Court has jurisdiction), 2 (admit that Plaintiff contends venue is proper), 14 (first sentence only), 20, 24 (third sentence only), 46 (third sentence only), 59 (admit that WGS' Written Supervisory Procedures Manual includes a sentence containing the quoted sentence fragment), 144 (fourth sentence only), 151 (fourth sentence only).

3.

Insofar as the following paragraphs in Plaintiff's Complaint relate to Mr. Paredes, Mr. Paredes is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in these paragraphs, and this has the effect of a denial: 7, 8, 9, 10, 11, 12, 13, 15, 25, 26, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 47 (first sentence only), 50, 51 (first and second sentences only), 55, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115, 116, 117, 118, 119, 120, 121, 122, 123, 124, 125, 126, 127, 128, 129, 130, 131, 132, 133, 134, 135, 136, 137, 138, 139, 140, 141, 142, 143, 150, 158, 159, 166 (second, third, fourth, and fifth sentences only), 167, 168, 169, 170, 171, 172, 173, 174, 175,

1  176, 177, 178, 179, 180, 181, 182, 183, 184, 185, 186, 187, 188, 189, 190, 191,
2  192, 193, 194, 195, 196, 197, 198, 199, 200, 201, 202, 203, 204, 205, 206, 207,
3  208, 216, 217, 219.

4.

Insofar as the following paragraphs in Plaintiff's Complaint relate to Mr. Paredes, Mr. Paredes realleges and incorporates by reference all responses above to paragraphs 1–208: 209, 212, 215.

5.

Insofar as the captions in Plaintiff's Complaint are deemed allegations and relate to Mr. Paredes, Mr. Paredes denies the allegations contained in these captions.

**Second Defense**

Plaintiff's requested relief related to its First and Second Claims in its Complaint should be denied because Plaintiff has failed to state a claim upon which this Court may grant relief.

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, and to the extent permissible by law, Mr. Paredes hereby demands a trial by jury on every issue so triable.

Dated:   December 2, 2008          SCHIFF HARDIN LLP

By: _____
C. Craig Bridwell
Attorneys for Defendant
Gabriel Paredes

AT\8158294.1