1  Karen L. Martinez (Utah Bar No. 7914)
   martinezk@sec.gov
2  Thomas M. Melton (Utah Bar No. 4999)
   meltont@sec.gov
3  Jennifer Moore (New York Bar No. 3054301)
   mooreje@sec.gov
4  Paul Feindt (Utah Bar No. 8769)
   feindtp@sec.gov
5  Attorney for Plaintiff
   Securities and Exchange Commission
6  15 West South Temple, Suite 1800
   Salt Lake City, Utah 84101
7  Telephone: (801) 524-5796
   Facsimile: (801) 524-5262
8
   Local Counsel:
9  Karen Matteson (Cal. Bar No. 102103)
   Securities and Exchange Commission
10 5670 Wilshire Boulevard, 11th Floor
   Los Angeles, CA 90036-3648
11 Telephone: (323) 965-3840
   Facsimile: (323) 965-3908
12

O

13               UNITED STATES DISTRICT COURT

14              CENTRAL DISTRICT OF CALIFORNIA

15                    EASTERN DIVISION

16

17 SECURITIES AND EXCHANGE          Case No.  EDCV-08-1350 VAP (OPx)
   COMMISSION,
18                                  **FINAL JUDGMENT OF
              Plaintiff,            PERMANENT INJUNCTION AND
19                                  OTHER RELIEF AGAINST
   v.                              GUILLERMO HARO**
20
   KEDERIO AINSWORTH,
21 GUILLERMO HARO, JESUS
   GUTIERREZ, GABRIEL PAREDES,
22 and ANGEL ROMO,

23              Defendants.

24

25       The Securities and Exchange Commission (the "Commission") filed a

26 Complaint (Docket #1) against Guillermo Haro ("Haro" or the "Defendant") and

27 others on October 3, 2008.  Haro, through counsel, filed an Answer to the

28 Complaint on December 2, 2008 (Docket #15).  On or about April 21, 2009, the

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FINAL JUDGMENT OF PERMANENT
INJUNCTION AND OTHER RELIEF AGAINST
GUILLERMO HARO

1   parties participated in an early settlement conference with Attorney Settlement
2   Office Robert H. Logan in Riverside, California (Docket #s 26 and 29).  Pursuant to
3   the Court's Civil Trial Scheduling Order (Docket #36), the parties participated in a
4   second settlement conference with Attorney Settlement Officer Robert H. Logan
5   (Docket #41).  Haro consented to entry of this Final Judgment on February 25,
6   2010, without admitting or denying the allegations of the Complaint (except as to
7   personal and subject matter jurisdiction, which Haro admits).  Based on the
8   foregoing, the Court orders as follows:

9                                                    I.

10          IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant
11   and Defendant's agents, servants, employees, attorneys, and all persons in active
12   concert or participation with them who receive actual notice of this Final Judgment
13   by personal service or otherwise are permanently restrained and enjoined from
14   violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of
15   1934 (the "Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated
16   thereunder [17 C.F.R. § 240.10b-5], by using any means or instrumentality of
17   interstate commerce, or of the mails, or of any facility of any national securities
18   exchange, in connection with the purchase or sale of any security:

19          a.      to employ any device, scheme, or artifice to defraud;
20          b.      to make any untrue statement of a material fact or to omit to
21                  state a material fact necessary in order to make the statements
22                  made, in the light of the circumstances under which they were
23                  made, not misleading; or
24          c.      to engage in any act practice or course of business which
25                  operates or would operate as a fraud or deceit upon any person.

26                                                   II.

27          IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant
28   and Defendant's agents, servants, employees, attorneys, and all persons in active

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

FINAL JUDGMENT OF PERMANENT
INJUNCTION AND OTHER RELIEF AGAINST
GUILLERMO HARO

concert or participation with them who receive actual notice of the Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating Section 17(a) of the Securities Act [15 U.S.C. § 77q(a)] in the offer or sale of any security by the use of any means or instruments of transportation of communication in interstate commerce or by use of the mails, directly or indirectly:

      a.    To employ and device, scheme, or artifice to defraud;

      b.    To obtain money or property by means of any untrue statement of a material fact or any omission of a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

      c.    To engage in any transaction; practice, or course of business which operates or would operate as a fraud or deceit upon the purchaser.

III.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant, and Defendant's agents, servants, employees, attorneys and all person in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating Section 17 (a) of the Exchange Act [15 U.S.C. § 78q] and Rules 17a3(a)(6) and 17-a3(a)(17) [17 C.F.R. §§ 240.17a-3(a)(6) and 17a-3(a)(17)] promulgated thereunder by aiding or abetting in the failure to create and/or maintain accurate customer account records and/or order tickets.

IV.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant is liable for disgorgement of $15,000 and a civil penalty in the amount of $15,000 pursuant to Section 20(d) of the Securities Act and Section 21 (d) of the Exchange Act, for a total of $30,000.  Defendant shall satisfy this obligation pursuant to the terms of the payment schedule in paragraph V, below, after entry of this Final

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 3 -

FINAL JUDGMENT OF PERMANENT
INJUNCTION AND OTHER RELIEF AGAINST
GUILLERMO HARO

Judgment by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission.  The payment shall be delivered to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying Guillermo Haro as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment.  Defendant shall pay post-judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.  The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.

V.

Guillermo Haro shall pay $30,000 in two installments according to the following schedule, (1) $15,000 to be paid within 30 days of the entry of this Final Judgment; and (2) $15,000 to be paid within 180 days of the entry of this Final Judgment plus post-judgment interest pursuant to 28 U.S.C. § 1961.

If Guillermo Haro fails to make any payment by the date agreed and/or in the amount according to the schedule set forth, above, all outstanding payments under this Final Judgment, including post-judgment interest, minus any payments made, shall become due and payable immediately without further application to this Court.

VI.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all the undertakings and agreements set forth therein.

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 4 -

FINAL JUDGMENT OF PERMANENT
INJUNCTION AND OTHER RELIEF AGAINST
GUILLERMO HARO

VII.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.


Date: April 21, 2010


_____
Honorable Virginia A. Phillips
United States District Judge


Presented by:


__/s/ Karen L. Martinez_____
Karen L. Martinez
Thomas M. Melton
Attorneys for Plaintiff
Securities and Exchange Commission

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 5 -

FINAL JUDGMENT OF PERMANENT
INJUNCTION AND OTHER RELIEF AGAINST
GUILLERMO HARO